UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-03543-DMG<br>BK number 2:23-ap-01151-SK | Date | June 6, 2024 |
|---|---|---|---|
| Title | In Re Leslie Klein | | |

| Present: The Honorable | Dolly M. Gee, Chief U.S. District Judge |
|---|---|

| Kelly Davis | none | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:** (IN CHAMBERS)
ORDER TO SHOW CAUSE RE: BANKRUPTCY APPEAL

The appeal in the above bankruptcy matter has been assigned to the Court of **Dolly M. Gee**. Bankruptcy Rule 8002(a) requires that Appellant file notice of the appeal with the Clerk of the Bankruptcy Court within fourteen (14) days of the date of entry of the Order, Judgment or Decree from which the appeal is taken. Failure to timely file the notice deprives the Court of jurisdiction. In the Matter of Ramsey, 612 F.2d 1220, 1222 (9th Cir. 1980).

Within fourteen (14) days after filing the notice of appeal, the appellant must file a Statement of Issues, Designation of Record, and Notice of Transcripts pursuant to Bankruptcy Rule 8009.

Within ten (10) days after service of the reply brief, the Appellant must notify the Courtroom Deputy Clerk of Judge Gee that the record is complete for the purposes of the appeal, so that the appeal may be calendared for oral argument or taken under submission.

**cc:  BK Court**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-03543-DMG<br>BK number 2:23-ap-01151-SK | Date | June 6, 2024 |
|---|---|---|---|
| Title | In Re Leslie Klein | | |

It appears from the record in this matter that:

[ X ]   Appellant is ordered to show cause in writing on or before **JUNE 12, 2024**, why this appeal should not be dismissed for lack of prosecution. If the required action has been taken, no further response to the order to show cause is necessary.

[X]   **Appellant has failed to file**:
[X]   **Statement of Issues, Designation of Record, and the Notice of Transcripts**

Initials of Clerk: kd